EVA HARTMAN, ADMINISTRATRIX, ETC., PLAINTIFFS-RESPONDENT, v. CITY OF BRIGANTINE AND COUNTY OF ATLANTIC, DEFENDANTS-PETITIONERS.

See same case below: 42 *N. J. Super.* 247.

*Messrs. Lloyd, Horn, Megargee & Steedle* and *Mr. Harry Miller* for the petitioners.

*Mr. Josiah E. DuBois, Jr.,* and *Mr. Madison S. DuBois* for the respondent.

December 10, 1956.  Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM R. TORRANCE, DEFENDANT-PETITIONER.

See same case below: 41 *N. J. Super.* 445.

*Mr. William W. Wimmer* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. David M. Satz, Jr.,* for the respondent.

December 10, 1956.  Denied.